sion, First Department. June 10, 1904.) Action by Eva Sandford, as executrix, against the Erie Railroad Company. E. D. O'Brien, for appellant. F. B. Jennings, for respondent. No opinion. Order affirmed, with costs.

SAN DONATO, Appellant, v. NATIONAL CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Eligio San Donato against the National Contracting Company. No opinion. Motion for reargument denied, with $10 costs and disbursements.

SATTERLY, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Charles S. Satterly against the Erie Railroad Company. No opinion. Motion to dismiss appeal granted, with costs, unless the plaintiff pay $10 costs and perfect his appeal within 20 days. On compliance with these conditions, motion denied, without costs.

SAXTON, Appellant, v. NATIONAL CASH REGISTER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Action by Frank J. Saxton against the National Cash Register Company. No opinion. Judgment affirmed, with costs.

SCHILLING CO. v. ROBERT H. REID & CO. et al. (Supreme Court, Appellate Division, Third Department. May 25, 1904.) Action by the Schilling Company against Robert H. Reid & Co. and others. No opinion. Motion denied.

SEEMAN, Respondent, v. CENTRAL BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Edward Seeman against the Central Brewing Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

SHACKLEFORD, Respondent, v. McINTYRE, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Thomas W. Shackleford against Thomas A. McIntyre. No opinion. Judgment and order unanimously affirmed, with costs.

SHANESY, Appellant, v. McKEE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by John Shanesy against Harry D. McKee and William W. Beers. No opinion. Judgment and order unanimously affirmed, with costs.

SHEPARD v. SHEPARD. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Henry B. Shepard against Florence A. Shepard. No opinion. Motion granted.

SHERIDAN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by Annie Sheridan against the Metropolitan Street Railway Company. G. A. Rogers, for appellant. B. H. Ames, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SILER v. BATH & H. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Charles Siler against the Bath & Hammondsport Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

SIXSMITH, Appellant, v. PROWITT et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Thomas Sixsmith against J. Thornton Prowitt and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

SLOANE v. SPALDING. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by W. & J. Sloane against Robert H. Spalding. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SMITH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Margaret Smith against the Brooklyn Heights Railroad Company. No opinion. Motion for reargument denied, with $10 costs.

SMITH, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Jacob Smith against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs, on authority of same case, reported 164 N. Y. 491, 58 N. E. 655.

SMITH, Appellant, v. SHELDON, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by William Smith against Alice Sheldon. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. SHELDON, Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by William Smith against Alice Sheldon. No opinion. Appeal dismissed, with $10 costs and disbursements.

SMITH, Appellant, v. YOUNG MEN'S CHRISTIAN ASS'N OF BATAVIA, N. Y., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Alice Smith against the Young Men's Christian Association of Batavia, New York. No opinion. Judgment affirmed, with costs.

SNELL, Respondent, v. COMBS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Sarah E. Snell against Frank L. Combs. No opinion. Motion to dismiss appeal denied.